No. 613. VAN HOUTEN *v.* RALLS ET AL. C. A. 9th Cir. Motion to dispense with printing petition granted. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Morton Hollander* for respondents. ▆▆▆▆▆▆▆▆▆▆▆

No. 544. SHOULTZ *v.* LAIRD, SECRETARY OF DEFENSE, ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Marshall W. Krause* for petitioner. *Solicitor General Griswold, Assistant Attorney General Yeagley, Kevin T. Maroney,* and *Robert L. Keuch* for respondents. ▆▆▆▆▆▆▆▆▆▆▆

No. 558. FEASTER, DIRECTOR, DEPARTMENT OF DOCKS OF ALABAMA, ET AL. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *MacDonald Gallion,* Attorney General of Alabama, and *Willis C. Darby, Jr.,* for petitioners. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Robert V. Zener* for the United States et al. *Arthur K. Bolton,* Attorney General of Georgia, *Harold N. Hill, Jr.,* Executive Assistant Attorney General, and *Courtney Stanton,* Assistant Attorney General, for Georgia Ports Authority, and *Robert Morgan,* Attorney General of North Carolina, *Ralph Moody,* Deputy Attorney General, and *Bernard A. Harrell,* Assistant Attorney General, for North Carolina Ports Authority, as *amici curiae* in support of the petition. ▆▆▆▆▆▆▆▆▆▆▆

No. 597. CONROY *v.* CITY OF MIAMI BEACH. Sup. Ct. Fla. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Theodore M. Trushin* for petitioner. *Harris J. Buchbinder* for respondent.